UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Jeremy Parks</u>
        Plaintiff

v.                                             <u>Civil Action No: 15-12957-NMG</u>

<u>Comenity LLC</u>
        Defendant

SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

     The Court having been advised that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                               By the Court,

<u>8/10/2015</u>                                                         <u>/s/ Kellyann Moore</u>
Date                                                                   Deputy Clerk